VAN SLYKE NEWS AGENCY, INC., Appellant, *v.* NEWS SYNDICATE COMPANY, INC., Respondent.

(Submitted November 19, 1928; decided November 27, 1928.)

*MacDonald DeWitt* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.